Dale G. WILLS, Plaintiff–Appellant,

v.

Cal TERHUNE; Linda Melching; C. Hollis; George M. Galaza; Oscar Pena; T. Pruitt; P. McClure; L. Hense; R. Vella; John Marshall, Defendants–Appellees.

No. 99–16069.

D.C. No. CV–98–06052–CWW.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 12, 2001.[1]

Decided Feb. 21, 2001.

Before LEAVY, THOMAS, and RAWLINSON, Circuit Judges.

MEMORANDUM [2]

Dale G. Wills, a California state prisoner, appeals pro se the district court's dismissal of his 42 U.S.C. § 1983 action for failure to state a claim. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo dismissals under the Prison Litigation Reform Act ("PLRA"), *see Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir.1998) (order), and we vacate and remand.

The district court properly determined that Wills failed to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii), and in light of our three-judge decision in *Lopez v. Smith*, 160 F.3d 567, 571 (9th Cir.1998), *withdrawn*, 173 F.3d 749 (9th Cir. Apr.12, 1999). However, because of our subsequent decision in *Lopez v. Smith*, 203 F.3d 1122, 1127–30 (9th Cir.2000) (en banc), which holds that the PLRA does not over-

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

rule Ninth Circuit law requiring district courts to give a pro se prisoner an opportunity to amend a defective complaint, we vacate and remand for reconsideration in light of *Lopez.* *See id.*

Each party shall bear its own costs.

VACATED and REMANDED.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

2. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.